UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LEONID PRAZDNIK, *on behalf of himself and all others similarly situated,*

        Plaintiff,

-against-

GRAN CAFFE GROUP LLC,

        Defendant.

Case No.: 18-cv-00565

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, GRAN CAFFE GROUP LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Matthew C. Monroe, Esq.
Monroe, LLC
30 S. 15th Street, 15th Floor
Philadelphia, PA 19102
Telephone: (215) 410-9600
Fax: (215) 405-2762
m@monroelaw.co

Date: 11/13/2018

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 11/13/18

SO ORDERED

_____
U.S.D.J., R. BARCLAY SURRICK

DATED: 11/14/18

*mailed to Counsel of Record. 11/19/18*